**Not For Publication in West's Federal Reporter**
**Citation Limited Pursuant to 1st Cir. Loc. R. 32.3**

# United States Court of Appeals
## For the First Circuit

———————

No. 03-1521

DAVID E. BROWN,

Plaintiff, Appellant,

v.

MICHAEL T. MALONEY, ET AL.,

Defendants, Appellees.

———————

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Nathaniel M Gorton, U.S. District Judge]

———————

Before

Torruella, Circuit Judge,
Stahl, Senior Circuit Judge,
and Lynch, Circuit Judge.

———————

David E. Brown on brief pro se.
Nancy Ankers White, Special Assistant Attorney General, and
Kevin A. Anahory, Legal Division, Department of Correction, on
brief for appellees.

———————

July 27, 2004

———————

**Per Curiam**.  After carefully considering the briefs and record on appeal, we <u>affirm</u> for substantially the reasons stated by the district court.  Among other considerations, the appellant failed to state a claim under the Americans with Disabilities Act and the Rehabilitation Act, 42 U.S.C. § 749; <u>Parker</u> v. <u>Universidad de Puerto Rico</u>, 225 F.3d 1, 4 (1st Cir. 2000).  The court did not abuse its discretion in denying his second motion to amend his complaint.  <u>Mirpuri</u> v. <u>Act Mfg., Inc</u>., 212 F.3d 624 (1st Cir. 2000).

<u>Affirmed</u>. 1st Cir. R. 27(c).